Thane Johnson
Johnson, Berg & Saxby, PLLP
221 First Avenue East
P.O. Box 3038
Kalispell, MT  59903-3038
Telephone:  (406) 755-5535
Facsimile:   (406) 756-9436

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| HAROLD L. DUSTY BULL, as Personal Representative of the Estate of CARRIE G. OLD PERSON, YVONNE M. UPHAM, HAROLD L. DUSTY BULL and CLAYTON G. OLD PERSON, individually,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Cause No. _____<br><br>**COMPLAINT** |

   COMES NOW the Plaintiffs, by and through their attorney of record Thane Johnson of Johnson, Berg & Saxby, PLLP, and for their cause of action against the Defendant state and allege as follows:

1. At all times relevant hereto, Plaintiffs Harold L. Dusty Bull, the deceased Carrie G. Old Person, Yvonne M. Upham and Clayton G. Old Person were and/or are citizens of Glacier County, Montana.

2. This Court has jurisdiction over this case pursuant to the Federal Tort Claims Act, 28 U.S.C. 2671, *et seq.*, in that the claim arises from the Government's conduct in providing health care services at Blackfeet Community Hospital (BCH) in Browning, Montana. BCH is an Indian Health Services (IHS) funded facility operated by the United States. The negligent acts and omissions that are the subject of this action were committed by the Government's agents and employees while acting within the course and scope of their employment. This Court has exclusive jurisdiction over tort claims brought against the United States pursuant to 28 U.S.C. §1346(b).

3. Plaintiffs' claims were filed in writing with the Department of Health and Human Services on May 13, 2011. More than six months have elapsed since the claims were filed, and the United States has not accepted or denied the claims. Accordingly, Plaintiffs have appropriately exhausted their administrative remedies.

4. The acts and omissions giving rise to this claim occurred in Glacier County, Montana, which is within this judicial district. Venue is proper in this Court under 28 U.S.C. §§1391(e) and 1402(b). Venue also is proper in this division under this Court's Local Rule 1.11, because Plaintiffs reside in Glacier County and the tort occurred in Glacier County.

5. On December 6, 2009 through December 9, 2009, Carrie Old Person received an overdose of Cerebyx (Dilantin) at BCH. The prescribing of said Dilantin was a result of a misdiagnosis of Carrie Old Person for an acute intracranial hemorrhage.

6. Carrie Old Person remained a patient of BCH from December 6, 2009 until December 9, 2009 when the overdose was discovered, at which time she was transferred to the Kalispell Regional Medical Center.

7. The standard of care from 2009 to the present required that Dilantin be administered in significantly less quantities than that delivered to Carrie Old Person by BCH. The standard of care from 2009 to the present required that Dilantin be administered only in the event that a patient is diagnosed with an acute intracranial hemorrhage. BCH had a continuous duty to properly diagnose Carrie Old Persona and appropriately administer and dispense Dilantin to Carrie Old Person. Failing to properly administer and dispense Dilantin and the failure properly diagnose Carrie Old Person was negligent.

8. BCH's negligence caused the death of Carrie Old Person on December 24, 2009.

9. Plaintiff Harold L. Dusty Bull is the son and Personal Representative of Carrie G. Old Person who passed away on December 24, 2009.

10. Plaintiff Yvonne M. Upham is the daughter of the Decedent.

11. Plaintiff Clayton G. Old Person is the son of the Decedent.

12. Carrie Old Person's death has deprived Harold L. Dusty Bull, Yvonne M. Upham and Clayton G. Old Person of her love, affection, companionship and services.

13. At the time of her death, Carrie Old Person served a very important function for the Blackfeet Tribe in that she was a teacher of the language and the holder and carrier of the songs, dances, and traditions.  She counseled the leaders of the Blackfeet Tribe including but not limited Earl Old Person.

14. Carrie Old Person's death has given rise to wrongful death and survival claims, both of which are asserted herein by Plaintiffs.

15. Plaintiffs have suffered damages including, but not limited to, loss of support, society, comfort, guidance, education, care, companionship, non-compensated services, burial expenses and funeral services, reasonable medical charges, grief, sorrow, mental anguish, and reasonable compensation for the suffering of Carrie Old Person.

WHEREFORE, Plaintiffs pray for judgment against the United States as follows:

1. For damages to be proven at the time of trial, including but not limited to damages for loss of support, society, comfort, guidance, education, care, companionship, non-compensated services, burial expenses and funeral services, reasonable medical charges, grief, sorrow, mental anguish, and reasonable compensation for the suffering of Carrie Old Person;

2. For all provable damages for loss of established course of living, loss of household services, loss of consortium with children and grief, suffering and mental anguish;

3. For Plaintiffs allowable costs for bringing this lawsuit; and

4. For such other and further relief as this Court deems just and proper.

DATED this 11th day of January, 2012.

JOHNSON, BERG, & SAXBY, PLLP

*/s/ Thane Johnson*
By:_____
Thane Johnson
Attorneys for Plaintiffs