GEORGE F. DARRAGH JR.
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
Email: george.darragh@usdoj.gov

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| HAROLD L. DUSTY BULL, as Personal Representative of the Estate of Carrie G. Old Person, Yvonne M. Upham, Harold L. Dusty Bull and Clayton G. Old Person, individually,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | CV 12-04-GF-SEH<br><br>STIPULATION FOR DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, acting by and through their respective counsel of record, that claims of Harold L. Dusty Bull, as Personal Representative of the Estate of Carrie G. Old Person, Yvonne M. Upham, Harold L. Dusty Bull and Clayton G. Old Person, plaintiffs, against the United States of America, defendant, may be dismissed with prejudice as fully compromised and settled on the merits.

DATED this 21 day of June, 2013.

MICHAEL W. COTTER
United States Attorney

_____
GEORGE F. DARRAGH, JR.
Assistant U.S. Attorney
Attorney for Defendant

_____
THANE JOHNSON
Attorney for Plaintiffs